IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALEEM BUTLER, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 2:11-cv-2355-JD |
| JEROME WALSH, THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 30th day of November, 2012, upon consideration of the pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Document No. 1, filed April 4, 2011) and the Response to the Petition for a Writ of Habeas Corpus (Document No. 7, filed June 9, 2011); and after review of the Supplemental Report and Recommendation of Magistrate Judge Lynne A. Sitarski (Document No. 16, filed July 19, 2012) and petitioner's Objection[s] to the Honorable Magistrate Judge, Lynne A. Satarski [sic] Report and Recommendation (Document No. 18, filed August 8, 2012), for the reasons set forth in the Memorandum dated November 30, 2012, **IT IS ORDERED** as follows:

    1.    The Supplemental Report and Recommendation of Magistrate Judge Lynne A. Sitarski dated July 19, 2012 is **APPROVED** and **ADOPTED**;

    2.    Petitioner's Objection[s] to the Honorable Magistrate Judge, Lynne A. Satarski [sic] Report and Recommendation are **OVERRULED**;

3. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Saleem Butler is **DENIED IN PART** and **DISMISSED IN PART** as follows:

   a. The 1(c)-(j) ineffective assistance of counsel claims are **DISMISSED**;

   b. The ineffective assistance of counsel claim based on eliciting testimony about the .44 revolver is **DENIED**;

   c. The claims based on Pennsylvania Rule of Criminal Procedure 600, the Sixth Amendment, and failure to instruct the jury on the crime of manslaughter are **DISMISSED**, and the related due process claims are **DISMISSED**;

   d. The claim based on sufficiency of the evidence is **DENIED**;

   e. The claim based on improper joinder is **DISMISSED**, and the related due process claim is **DISMISSED**;

   f. The ineffective assistance of counsel claim based on failure to object to the polling of the jury is **DENIED**;

4. A certificate of appealability **WILL NOT ISSUE** for any of petitioner's claims because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

_____

**JAN E. DuBOIS, J.**